# United States District Court

## CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
DEC 18 1997
CENTRAL DISTRICT OF CALIFORNIA
BY Daryl Stewart DEPUTY

UNITED STATES OF AMERICA
V.
ISRAEL LAGUNAS GUADARRAMA

**CRIMINAL COMPLAINT**

CASE NUMBER: 97-3410

1011

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __4/15/97__ in __Santa Barbara__ county in the __Central__ District of __California__ defendant(s) did, (Track Statutory Language of Offense) wilfully, unlawfully, knowingly, and with intent to avoid prosecution, travel in interstate commerce from Santa Barbara County, to Mexico. On 4/17/97, felony warrant number L976815 was issued in Lompoc Municipal Court, County of Santa Barbara, charging Israel Lagunas Guadarrama with one felony count of violation California Penal Code, Section 187, Murder; and one felony count of violation California Penal Code, Section 211, Robbery. Both are felonies within the State of California,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

See attachment

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__December 18, 1997__ at Arroyo Grande, California
Date                                                City and State

Robert A. del Campo, U. S. Magistrate Judge        _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

ENTER ON ICMS
DEC 30 1997

## AFFIDAVIT

I, TYRA REID ALEXANDER, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past six and one-half years. I am currently assigned to the Santa Maria Resident Agency where my responsibilities include investigating and locating fugitives.

2. On December 16, 1997, I spoke with Detective Phillip Willis of the Santa Barbara County Sheriff's Department, who told me the following:

   a. ISRAEL LAGUNAS GUADARRAMA is described as a male Hispanic, 5 feet 4 inches tall, 120 pounds, brown hair and brown eyes. GUADARRAMA's date of birth is January 25, 1976.

   b. On April 17, 1997, felony bench warrant number L976815 was issued in Lompoc Municipal Court charging GUADARRAMA with the following felony violations: (1) murder, in violation of California Penal Code Section 187(a); and (2) robbery, in violation of California Penal Code Section 211.

   c. The felony bench warrant was authorized by Lompoc Municipal Court Judge Husseman.

    d.    The Santa Barbara Sheriff's Department has exhausted all efforts to locate GUADARRAMA in California.

    e.    GUADARRAMA was interviewed by the Santa Barbara County Sheriff's Department on April 14, 1997, and was aware he was a suspect.

    f.    Four family friends of GUADARRAMA told Detective Willis that GUADARRAMA fled to Mexico. These family friends also stated that GUADARRAMA has relatives in Tijuana and Iquala, Mexico, near Mexico City, Mexico.

    g.    On July 8, 1997, a search warrant was executed at the home of Antonia Refugio Alvarez in Carpinteria, California. Ms. Alvarez is known to have informally adopted GUADARRAMA and raised GUADARRAMA as her son. The search revealed records showing Ms. Alvarez has called the following numbers in the country of Mexico: (1) 526-625-2923, (2) 526-686-8299, (3) 521-611-2671, and (4) 526-686-0899 from April 12, 1997 to July 1, 1997. Ms. Alvarez indicated that she does not have relatives in Mexico.

    h.    Trial is currently set for February, 1998, for GUADARRAMA's co-defendant in the murder case, Anthony Christopher Solis. Solis has stated that his defense at trial will be that GUADARRAMA committed the murder by himself. Richard Henry, Senior Deputy District Attorney, has stated that the County of Santa Barbara District Attorney's Office will guarantee extradition if GUADARRAMA is located.

3. Based upon my experience in working fugitive investigations for the FBI and the information conveyed to me by Detective Willis as set forth above, I believe there is probable cause to believe that ISRAEL LAGUNAS GUADARRAMA fled California to Mexico to avoid felony prosecution in Santa Barbara County, in violation of 18 U.S.C. § 1073.

TYRA REID ALEXANDER
Special Agent - FBI

Sworn and subscribed to before me on this 18th day of December, 1997.

United States Magistrate Judge